IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THE ESTATE OF LYLE ELLIOTT, et al., | ) ) | 4:06CV3202 |
| Plaintiffs, | ) | |
| vs. | ) ) | **ORDER** |
| THAYER COUNTY MEMORIAL HOSPITAL, et al., | ) ) ) | |
| Defendants. | ) | |

IT IS ORDERED that Defendants' motion to dismiss Plaintiffs' original complaint (filing 5) is denied without prejudice, as moot. Defendants' motion to dismiss Plaintiffs' amended complaint (filing 10) remains pending.

September 28, 2006.                    BY THE COURT:

                            s/ *Richard G. Kopf*
                            United States District Judge